# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DE PUENTE-HUDSON, | CASE NO. 1:08-cv-01228-GSA PC |
| Plaintiff, | ORDER GRANTING DEFENDANT ADAMS' REQUEST FOR RELIEF FROM RESPONDING TO THE COMPLAINT, AND |
| v. | FOR A THIRTY-DAY EXTENSION OF TIME |
| DERRAL G. ADAMS, et al., | TO RESPOND TO THE COMPLAINT, TO COMMENCE UPON ISSUANCE OF |
| Defendants. | SCREENING ORDER |
| | (Doc. 1) |

Plaintiff Marco De Puente-Hudson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983 and California tort law.  Defendant Adams ("Defendant") removed this action from Kings County Superior Court on August 19, 2008.  28 U.S.C. § 1441(b).  Defendant requests to be relieved of his obligation to respond to the complaint pending screening by the Court pursuant to 28 U.S.C. § 1915A.  Fed. R. Civ. P. 81(c).  Defendant seeks a thirty-day extension of time to respond to the complaint, to commence upon issuance of the screening order

Defendant's request is HEREBY GRANTED, and Defendant shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of the screening order.

IT IS SO ORDERED.

Dated:  **August 21, 2008**                    **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE

1