# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DE PUENTE-HUDSON, | CASE NO. 1:08-cv-01228-OWW-GSA PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT |
| v. | (Doc. 7) |
| DERRAL G. ADAMS, et al., | |
| Defendants. | |

_____/

On October 17, 2008, Plaintiff Marco De Puente-Hudson filed a motion seeking an order setting forth any pending deadlines. In a separate order issued concurrently with this order, the Court directed Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed against Defendant Adams on his cognizable First Amendment claim. Plaintiff has a thirty-day deadline pursuant to that screening order.

Accordingly, Plaintiff's motion for notification of any pending deadlines is moot in light of the issuance of the screening order and is HEREBY DENIED on that ground.

IT IS SO ORDERED.

Dated:   **January 23, 2009**                      _____**/s/ Gary S. Austin**_____
                                                                    UNITED STATES MAGISTRATE JUDGE