# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DE PUENTE-HUDSON, | CASE NO. 1:08-cv-01228-OWW-GSA PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 13) |
| DERRAL G. ADAMS, et al., | |
| Defendants. | |

On January 26, 2009, Plaintiff Marco De Puente-Hudson, a state prison proceeding pro se in this civil rights action, filed a motion seeking a court order directing prison officials to release his allowable administrative segregation property.

Plaintiff filed a motion on December 4, 2008, seeking similar relief. The motion was denied by the Court in an order issues on January 26, 2009. The order explained to Plaintiff that the Court does not have jurisdiction over prison officials at Pleasant Valley State Prison, and cannot issue an order remedying Plaintiff's property issues. E.g., City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983).

For the reasons set forth in that order, Plaintiff's current motion is also HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   January 29, 2009**                    /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1