IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DE PUENTE-HUDSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WARDEN DERRAL G. ADAMS,<br><br>　　　　Defendant.<br>_____/ | 1:08-cv-01228-OWW-GSA (PC)<br><br>ORDER GRANTING DEFENDANT'S FIRST MOTION TO EXTEND TIME TO FILE RESPONSIVE TO COMPLAINT<br><br>(Motion#19)<br><br>DEADLINE: MAY 18, 2009 |

On April 3, 2009, Defendant Adams filed a motion to extend time to file a response to Plaintiff's complaint. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant's motion is granted, and the deadline to file a response to the complaint is extended to May 18, 2009.

IT IS SO ORDERED.

Dated: **April 7, 2009**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE