1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

## EASTERN DISTRICT OF CALIFORNIA

8

9  MARCO DE PUENTE-HUDSON,                    CASE NO. 1:08-cv-01228-OWW-GSA PC

10                              Plaintiff,    ORDER DIRECTING CLERK'S OFFICE TO
                                             SEND COPY OF RULE 31, IN ACCORDANCE
11          v.                               WITH ORDER FILED OCTOBER 23, 2009

12  DERRAL G. ADAMS, et al.,                 (Doc. 34)

13                              Defendants.
                                          /
14

15          On October 23, 2009, the Court denied Plaintiff's motion to compel, and directed the Clerk's

16  Office to send Plaintiff a copy of Federal Rule of Civil Procedure 31.  On November 20, 2009,

17  Plaintiff notified the Court that he did not receive a copy of the rule.  A review of the docket

18  indicates that the Clerk's Office did not enclose a copy of the rule as directed.

19          Therefore, the Clerk's Office SHALL send Plaintiff a copy of Rule 31, in accordance with

20  the order filed on October 23, 2009.

21
22
23          IT IS SO ORDERED.

24      **Dated:    November 23, 2009**            **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                             1