# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DE PUENTE-HUDSON, | CASE NO. 1:08-cv-01228-OWW-GSA PC |
| Plaintiff, | ORDER GRANTING REQUEST TO EXTEND DISCOVERY DEADLINE TO FEBRUARY 16, 2010, TO DEPOSE PLAINTIFF |
| v. | |
| DERRAL G. ADAMS, et al., | (Doc. 36) |
| Defendants. | |
| _____/ | |

On January 13, 2010, Defendants filed a request stating that they wish to continue Plaintiff's deposition from January 20, 2010, to February 16, 2010, and seeking an extension of the discovery deadline in order to do so.  Good cause having been shown, Defendants' request is HEREBY GRANTED, and the discovery deadline is extended to February 16, 2010, to accommodate Plaintiff's deposition.

IT IS SO ORDERED.

Dated:   __January 19, 2010__          _____/s/ **Gary S. Austin**_____
                                        UNITED STATES MAGISTRATE JUDGE