# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DE PUENTE-HUDSON,<br><br>            Plaintiff,<br><br>   v.<br><br>DERRAL G. ADAMS,<br><br>            Defendant.<br>_____/ | CASE NO. 1:08-cv-01228-OWW-GSA PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR INSTRUCTION ON OBLIGATION TO OPPOSE MOTIONS FOR SUMMARY JUDGMENT<br><br>(Doc. 43) |

      Plaintiff Marcos De Puente-Hudson is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendant Derral G. Adams removed this action from Kings County Superior Court on August 19, 2008, and pursuant to the Court's order of February 19, 2009, this action is proceeding on Plaintiff's complaint, filed August 19, 2008, against Defendant Adams for enacting a magazine policy that allegedly violates the First Amendment of the United States Constitution.

      On March 29, 2010, Plaintiff filed a Motion/Request for the Court to Instruct Plaintiff of His Obligation to Oppose a Motion for Summary Judgment. (Doc. 43.)  Because this case was opened in this Court via removal, First and Second Informational Orders were  inadvertently not issued in the standard course of proceedings.  Instruction on obligations to oppose motions for summary judgment are found in the Second Informational Order.

      Accordingly, it is HEREBY ORDERED that Plaintiff's Motion for Instruction on Obligation

1

to Oppose Motions for Summary Judgment is GRANTED; and the Clerk's Office shall serve a First Informational Order and a Second Informational Order on all parties in this proceeding.

IT IS SO ORDERED.

Dated: **March 30, 2010**              **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE