UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO DE PUENTE-HUDSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DERRAL G. ADAMS, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | 1:08-cv-01228-OWW-GSA-PC <br><br> ORDER GRANTING REQUEST FOR SUMMARY JUDGMENT INSTRUCTION <br> (Doc. 53.) <br><br> ORDER FOR CLERK TO RE-SERVE FOUR ORDERS UPON PLAINTIFF AT HIS NEW ADDRESS <br> (Docs. 46, 47, 48, 49.) |

Jimmy Marco De Puente-Hudson ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action under 42 U.S.C. § 1983. Defendant Derral G. Adams removed this action from the Kings County Superior Court on August 19, 2008. (Doc. 1.) This action now proceeds on Plaintiff's complaint against defendant Adams ("Defendant"), for violation of Plaintiff's rights under the First Amendment of the United States Constitution, based on allegations that Defendant unlawfully prevented Plaintiff from receiving issues of magazines.[1]

On April 13, 2010, Plaintiff filed a motion requesting the court to provide him with instructions to defend against summary judgment.[2] (Doc. 53.) The court's record shows that Plaintiff

---

[1] All other claims were dismissed from this action by the court on February 19, 2009. (Doc. 18.)

[2] Defendant filed a cross-motion for summary judgment on March 24, 2010. (Doc. 40.)

1

filed a similar motion on March 29, 2010, which was granted, and Plaintiff was served with the court's Second Informational Order, which contains the summary judgment instructions, on April 5, 2010. (Docs. 44, 46, 47, 48.) However, the court's record also shows that on April 12, 2010, the Second Informational Order was returned to the court by the Postal Service as undeliverable. The court's record shows that Plaintiff also did not receive the court's orders issued on March 31, 2010, April 5, 2010 and April 21, 2010, probably due to his recent change of address.[3] (Docs. 47, 49.) The court shall direct the Clerk to re-serve the four orders upon Plaintiff at his new address.

        Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion requesting a copy of instructions to defend against summary judgment is GRANTED; and
2. The Clerk is DIRECTED to re-serve copies of the following four (4) orders upon Plaintiff at his new address:
    (1) Order Granting Plaintiff's Motion for Instruction (Doc. 46);
    (2) Amended Order Granting Plaintiff's Motion for Instruction (Doc. 47);
    (3) Second Informational Order (Doc. 48); and
    (4) Order Granting Motion to Receive Confidential Documents Under Seal (Doc. 49).

IT IS SO ORDERED.

    Dated:   May 14, 2010                  /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE

---

[3] Plaintiff filed a notice of change of address on April 29, 2010. (Doc. 51.)

2